# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-683

_____

MAURICE CAMPBELL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 22, 2020


PER CURIAM.

DISMISSED.  *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Maurice Campbell, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.